AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# SOUTHER DISTRICT OF FLORIDA
### Miami Division

Civil Action No. 1:18-cv-22883-MGC

MGM RESORTS INTERNATIONAL
MANDALAY RESORT GROUP,
MANDALAY BAY, LLC, MGM RESORTS
FESTIVAL GROUNDS, LLC, MGM
RESORTS VENUE MANAGEMENT, LLC,

    Plaintiffs,

vs.

EMILY BRASFIELD, LOURDES FARINA,
SHELLEY HURTT-MALLORY, ILENE
RYDER, and PAIGE VICK,

    Defendants.

_____/

## CIVIL ACTIONS SUMMONS

TO:   **Emily Brasfield**
        **12830 Mulholland Road**
        **Parrish, FL 34219**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ P. 12(a)(2)(3) - you must serve on the plaintiff an answer to the attached Complaint for Declaratory Relief under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

                **Anthony P. Strasius, Esq.**
      Wilson, Elser, Moskowitz, Edelman & Dicker LLP
        100 Southeast Second Street, Suite 3800
                 Miami, Florida 33131
               (305) 374-4400 Telephone
               (305) 579-0261 Facsimile

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Court.

1159352v.1

DATE  Jul 24, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

1159352v.1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## SOUTHER DISTRICT OF FLORIDA
### Miami Division

Civil Action No. 1:18-cv-22883-MGC

MGM RESORTS INTERNATIONAL
MANDALAY RESORT GROUP,
MANDALAY BAY, LLC, MGM RESORTS
FESTIVAL GROUNDS, LLC, MGM
RESORTS VENUE MANAGEMENT, LLC,

    Plaintiffs,

vs.

EMILY BRASFIELD, LOURDES FARINA,
SHELLEY HURTT-MALLORY, ILENE
RYDER, and PAIGE VICK,

    Defendants.

_____/

## CIVIL ACTIONS SUMMONS

TO:   **Lourdes Farina**
       **5075 Canal Circle E.**
       **Lake Worth, FL 33467**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ P. 12(a)(2)(3) - you must serve on the plaintiff an answer to the attached Complaint for Declaratory Relief under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**Anthony P. Strasius, Esq.**
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
100 Southeast Second Street, Suite 3800
Miami, Florida 33131
(305) 374-4400 Telephone
(305) 579-0261 Facsimile

1159359v.1

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Court.

Jul 24, 2018

DATE _____

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

1159359v.1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## SOUTHER DISTRICT OF FLORIDA
### Miami Division

Civil Action No. 1:18-cv-22883-MGC

MGM RESORTS INTERNATIONAL
MANDALAY RESORT GROUP,
MANDALAY BAY, LLC, MGM RESORTS
FESTIVAL GROUNDS, LLC, MGM
RESORTS VENUE MANAGEMENT, LLC,

    Plaintiffs,

vs.

EMILY BRASFIELD, LOURDES FARINA,
SHELLEY HURTT-MALLORY, ILENE
RYDER, and PAIGE VICK,

    Defendants.

_____/

## CIVIL ACTIONS SUMMONS

TO:    **Shelley Hurtt-Mallory**
**10716 SE 110th Street Rd.,**
**Belleview, FL 34429**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ P. 12(a)(2)(3) - you must serve on the plaintiff an answer to the attached Complaint for Declaratory Relief under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**Anthony P. Strasius, Esq.**
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
100 Southeast Second Street, Suite 3800
Miami, Florida 33131
(305) 374-4400 Telephone
(305) 579-0261 Facsimile

1159360v.1

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Court.

DATE  Jul 24, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

1159360v.1

# UNITED STATES DISTRICT COURT
## SOUTHER DISTRICT OF FLORIDA
### Miami Division

Civil Action No. 1:18-cv-22883-MGC

MGM RESORTS INTERNATIONAL
MANDALAY RESORT GROUP,
MANDALAY BAY, LLC, MGM RESORTS
FESTIVAL GROUNDS, LLC, MGM
RESORTS VENUE MANAGEMENT, LLC,

    Plaintiffs,

vs.

EMILY BRASFIELD, LOURDES FARINA,
SHELLEY HURTT-MALLORY, ILENE
RYDER, and PAIGE VICK,

    Defendants.

_____/

## CIVIL ACTIONS SUMMONS

TO:   **Ilene Ryder**
      **6187 NW 167 Street**
      **Unit H-10**
      **Miami, FL 33015**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ P. 12(a)(2)(3) - you must serve on the plaintiff an answer to the attached Complaint for Declaratory Relief under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

                **Anthony P. Strasius, Esq.**
        Wilson, Elser, Moskowitz, Edelman & Dicker LLP
          100 Southeast Second Street, Suite 3800
                  Miami, Florida 33131
                (305) 374-4400 Telephone
                (305) 579-0261 Facsimile

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Court.

DATE  Jul 24, 2018

**SUMMONS**

Steven M. Larimore
Clerk of Court

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

1159361v.1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## SOUTHER DISTRICT OF FLORIDA
### Miami Division

Civil Action No. 1:18-cv-22883-MGC

MGM RESORTS INTERNATIONAL
MANDALAY RESORT GROUP,
MANDALAY BAY, LLC, MGM RESORTS
FESTIVAL GROUNDS, LLC, MGM
RESORTS VENUE MANAGEMENT, LLC,

    Plaintiffs,

vs.

EMILY BRASFIELD, LOURDES FARINA,
SHELLEY HURTT-MALLORY, ILENE
RYDER, and PAIGE VICK,

    Defendants.

_____/

## CIVIL ACTIONS SUMMONS

TO:    **Paige Vick**
         **P.O. Box 574842**
         **Orlando, FL 32857**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ P. 12(a)(2)(3) - you must serve on the plaintiff an answer to the attached Complaint for Declaratory Relief under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

         **Anthony P. Strasius, Esq.**
    Wilson, Elser, Moskowitz, Edelman & Dicker LLP
      100 Southeast Second Street, Suite 3800
             Miami, Florida 33131
          (305) 374-4400 Telephone
          (305) 579-0261 Facsimile

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Court.

1159362v.1

DATE   Jul 24, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ J. Adams*
Deputy Clerk
U.S. District Courts